# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FARHAN NASEER,**

                **Plaintiff,**

**-vs-**                                              **Case No. 6:08-cv-1360-Orl-22KRS**

**MIRABELLA FOUNDATION,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO QUASH SERVICE OF PROCESS ON A FOREIGN CORPORATION OUTSIDE THE UNITED STATES (Doc. No. 6)** |
| **FILED:** | **November 3, 2008** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Subsequent to the filing of this motion, Plaintiff Naseer filed an amended complaint, Doc. No. 28, and requested that the Clerk issue an alias summons. The amended complaint and alias summons supercede the original complaint and summons. *See Martin v. Salvaterra*, 233 F.R.D. 630, 632 (S.D. Fla. 2005). Accordingly, the issue of Naseer's service of the original complaint and summons is now moot. *See id.*; *Gellert v. Richardson*, No. 95-cv-256, 1996 WL 107550, at *2 (M.D. Fla. Jan. 26, 1996).

**DONE** and **ORDERED** in Orlando, Florida on November 20, 2008.

                                                      *Karla R. Spaulding*
                                                      KARLA R. SPAULDING
                                         UNITED STATES MAGISTRATE JUDGE